Filing # 108247778 E-Filed 06/02/2020 10:58:00 AM

Filing # ▬▬▬▬▬ E-Filed 05/29/2020 03:30:39 PM

IN THE CIRCUIT COURT, EIGHT
JUDICIAL CIRCUIT, IN AND FOR
BRADFORD COUNTY, FLORIDA

CASE NO.: 04-2020-CA-197

SHIRLEY MOBLEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP,
a foreign limited partnership,

      Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, Complaint, Interrogatories with notice, Request to Produce and Request for Admissions in this action on Defendant:

    **Defendant- WAL-MART STORES EAST, LP,**
    **c/o Registered Agent**
    **C T Corporation System 1200 South Pine Island Road, Plantation, FL 33324.**

    Defendant is required to serve written defenses to the Complaint on Xavier T. Saunders, Esquire, attorney, whose address is FARAH & FARAH, P.A., 10 West Adams Street, Jacksonville, FL 32202, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

**WITNESS** my hand and the Seal of said Court this ___ day of ____, 2020.

      As Clerk of said Court

      Deputy Clerk

**EXHIBIT "A"**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904)630-2564 or crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days: if you are hearing or voice impaired, call 711.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed I you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a coy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamanda telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudieses perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legals. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correao o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demanadate o Abogado del Demandante).

## IMPORTANT

Des poursuites juficiaries ont ete enterprises contre vous. Yous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdue la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immeidats d'un avocet. Si vous ne connaissez pas d'avacat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite an "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**XAVIER T. SAUNDERS, ESQUIRE**
**FARAH AND FARAH, P.A.**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (Tel. & Fax.)
Primary: xsaunders@farahandfarah.com
Sec.: jcoopermaynard@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, EIGHT
JUDICIAL CIRCUIT, IN AND FOR
BRADFORD COUNTY, FLORIDA

CASE NO.:

SHIRLEY MOBLEY,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
a foreign limited partnership,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    COMES NOW Plaintiff, **SHIRLEY MOBLEY**, by and through the undersigned counsel,
and hereby files this Complaint against Defendant, **WAL-MART STORES EAST, LP**, and
alleges as follows:

    1.    This is an action for damages in excess of $30,000.00, exclusive of fees, cost and
interest.

    2.    That at all times material hereto, Plaintiff, SHIRLEY MOBLEY, was a resident of
Bradford County, Florida and is otherwise, sui juris.

    3.    At all times material hereto, Defendant, WAL-MART STORES EAST, LP, was a
foreign limited partnership authorized to do and was doing business in the State of Florida and
Defendant has its principal place of business at 708 SW 8th Street, Bentonville, Arkansas 72716.

    4.    At all times material hereto, Defendant, WAL-MART STORES EAST, LP, has
designated a registered agent who maintains an office in the State of Florida, to wit: C T
Corporation System 1200 South Pine Island Road, Plantation, FL 33324.

    5.    On or about March 10, 2019, Defendant, WAL-MART STORES EAST, LP, was
the owner of or was otherwise in legal possession of premises, or a portion thereof, located at

14500 US-301 S, Starke, Bradford, Florida 32091 ("premises") which was open to the public as a retail store; members of the public were invited therein.

6.     At that time and place, Plaintiff, SHIRLEY MOBLEY, went to the premises for the purpose of shopping, said purpose being a reason that the Defendant holds itself open to the public.

7.     At all times material, the Defendant, being the owner of or otherwise in legal control of the premises, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including Plaintiff, of unreasonably dangerous conditions existing on the property.

8.     On or about March 10, 2019, while in the parking lot of the aforesaid store, Plaintiff returned the Defendant's motorized shopping cart used for the physically disabled, and when Plaintiff braced herself on the railing for returned shopping carts, the Defendant's railing fell apart which caused Plaintiff to fall and, as a consequence, sustained serious injuries. apart.

9.     Defendant had actual or constructive notice of the existence of this aforesaid dangerous state of the railing for the shopping cart return, on the store's parking lot located on the premises; therefore, Defendant should have taken steps to remedy the condition or warn Plaintiff of its existence. Defendant failed to do either of the aforementioned duties; thus, Defendant had constructive notice of the unreasonably dangerous condition caused by the broken railing because:

(a)     The dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant should have known of the condition; or

(b)     The condition, to wit, the railing for the shopping cart return, on the store's parking lot located on the premises, and was therefore foreseeable.

10.     Defendant breached its aforesaid duties to the Plaintiff by allowing this unreasonably dangerous condition to exist on its property and/or by failing to warn Plaintiff of its existence.

11.     As a direct and proximate result of the aforesaid negligence, Plaintiff, SHIRLEY MOBLEY, suffered bodily injury and resulting pain and suffering, disability, disfigurement,

mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, SHIRLEY MOBLEY, has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE,** Plaintiff, SHIRLEY MOBLEY demands judgment for damages against Defendant, WAL-MART STORES EAST, LP, and a **trial by jury of all issues so triable**.

Dated: **May 29, 2020**
Respectfully submitted,
**FARAH AND FARAH, P.A.**

By: */s/ Xavier T. Saunders*
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (Tel. & Fax.)
Primary: xsaunders@farahandfarah.com
Sec.: jcoopermaynard@farahandfarah.com
Attorney for Plaintiff