**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHIRLEY MOBLEY,

    Plaintiff,

v.                                                 Case No.: 3:20-cv-967-BJD-MCR

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Notice of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 22; Stipulation) filed on June 16, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. <u>See</u> Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of June, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*